**Opinion issued April 5, 2016**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-15-00858-CR**
**NO. 01-15-00859-CR**

————————————

**BURTON LAMAR TURNER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 337th District Court**
**Harris County, Texas**
**Trial Court Case Nos. 1448052 & 1455210**

---

## MEMORANDUM OPINION

In trial court cause number 1448052, appellant, Burton Lamar Turner, pleaded guilty to the second degree felony of aggravated assault with a deadly weapon without an agreed recommendation from the State on sentencing. In trial court cause 1455210, Turner, pleaded guilty to the third-degree felony offense of

harassment of a public servant without an agreed recommendation from the State on sentencing. On the aggravated assault with a deadly weapon offense, the trial court sentenced Turner to 15 years' incarceration in the Institutional Division of the Texas Department of Criminal Justice (TDCJ-ID). On the harassment of a public servant offense, the trial court sentenced Turner to 10 years' incarceration in TDCJ-ID, with the sentences to run concurrently. Appellant filed timely notices of appeal.

On March 8, 2016, appellant's appointed counsel filed motions to dismiss the appeals, in which he stated that Turner made the decision to dismiss his appeals freely and voluntarily and with full understanding of the consequences. The motions are signed by Turner. The motions comply with Texas Rule of Appellate Procedure 42.2(a). *See* TEX. R. APP. P. 42.2(a). We have not issued an opinion in these appeals. *See* TEX. R. APP. P. 42.2(b).

Accordingly, we grant the motions and dismiss the appeals. TEX. R. APP. P. 43.2(f). Any pending motions are denied as moot.

**PER CURIAM**

Panel consists of Justices Bland, Brown, and Lloyd.

Do not publish. TEX. R. APP. P. 47.2(b).